(Official Form 1) (9/97) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>__NORTHERN__ District of __ILLINOIS__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>VANCE, GREGORY WAYNE | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>COLEMAN-VANCE, BERNETTA |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka Bernetta Vance-Coleman<br>aka Bernetta Vance<br>aka Bernetta Coleman |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>6944 SOUTH MAPLEWOOD AVENUE<br>UNIT 1<br>Chicago Illinois 60629-1902 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>6944 SOUTH MAPLEWOOD AVENUE<br>UNIT 1<br>Chicago Illinois 60629-1902 |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: Cook |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address):<br>SAME |

Location of Principal Assets of Business Debtor
(if different from street address above): NOT APPLICABLE

## Chapter 13W/No Plan

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | | | |

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-on |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/07/2004
Time: 9:24:02
Debtor: GREGORY WAYNE VANCE
Case: 04-18003         Fee : 194
Chapter: 13 Rec. # : 3079540
Judge: Pamela Hollis
341 mtg: 06/07/2004 @ 12:00PM
ConfHrg: 07/12/2004 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK18003-BK001
```

(Official Form 1) (9/97) West Group, Rochester, NY

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): GREGORY VANCE and BERNETTA COLEMAN-VANCE | FORM B1, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: Northern District of Illinois | Case Number: 02-B-17840 | Date Filed: May 6, 2002 |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief avaiable under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Gregory W. Vance*
Signature of Debtor

X  *Bernetta Coleman-Vance*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

5/6/04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X  *Marlin E. Kirby*
Signature of Attorney for Debtor(s)

Marlin E. Kirby 6203394
Printed Name of Attorney for Debtor(s)

Law Office of Marlin E. Kirby
Firm Name

1100 West Lake Street
Address

Suite LL38

Oak Park Illinois  60301-1015

708-848-9279        5/6/04
Telephone Number   Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be competed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  *Marlin E. Kirby*
Signature of Attorney for Debtor(s)

5/6/04
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS | | |
|---|---|---|
| Location Where Filed:<br>*Northern District of Illinois* | Case Number:<br>*01-B-45499* | Date Filed:<br>*December 27, 2001* |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION DIVISION

In re  GREGORY VANCE  
and  
BERNETTA COLEMAN-VANCE  

Case No. 04-B-  
Chapter: 13  

_____/Debtor(s)

Attorney For Debtor: Marlin E. Kirby

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 1 | Accelerated Assets-Oyster Bay<br>P. O. Box 78843<br>Phoenix, Arizona 85062-8843 | Arrearage on Executory Contract | | $ 106.71 |
| 2 | American General Finance, Inc.<br>Louis A. Weinstock, Attorney<br>20 North Clark Street, #2600<br>Chicago, Illinois 60602-4109 | Arrearage on Executory Contract<br>Money Loaned | | $ 3,047.77 |
| 3 | Americash Loans L. L. C.<br>1488 Miner Street<br>Des Plaines, Illinois 60016 | Arrearage on Executory Contract<br>Wage Assignment | | $ 1,049.94 |
| 4 | Carson Pirie Scott<br>P. O. Box 5000<br>Hammond, Indiana 46325-5000 | Credit Card Purchases | | $ 769.33 |
| 5 | Citi Card<br>P. O. Box 6404<br>The Lakes, Nevada 88901-6404 | Credit Card Purchases | | $ 3,165.73 |
| 6 | City of Chicago-Dept. of Water<br>Bureau of Water Services<br>P. O. Box 6330<br>Chicago, Illinois 60680-6330 | Utility Bills | | $ 287.78 |
| 7 | ComEd<br>2100 Swift Road<br>Attn: Bankruptcy Section<br>Oak Brook, Illinois 60523-1559 | Utility Bills<br>Other Account Numbers: 94361-91015 &<br>82650-07009 | | $ 705.96 |
| 8 | Cook County Collector<br>P. O. Box 7552<br>Chicago, Illinois 60680-7552 | Debts to Government<br>State income taxes<br>Property Taxes: 6934 South Maplewood | | $ 1,134.88 |

Creditor List Page 1 of 2

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 9 | Countrywide Home Loans<br>Bankruptcy Department<br>P. O. Box 10219<br>Van Nuys, California   91410-0219 | Non-purchase Money Security<br>First Mortgage upon Debtor's Residence.<br>The arrearage is $3,279.64. | | $ 168,933.29 |
| 10 | Department of Revenue<br>Bureau of Parking-Bankruptcy<br>333 South State Street, #540<br>Chicago, Illinois   60604-3977 | Municipal/city taxes<br>Parking Tickets | | $ 370.00 |
| 11 | Firstar Home Mortgage<br>P. O. Box 20005<br>Owensboro, Kentucky   42304-0005 | Mortgage<br>Second Mortgage upon Debtor's Rental<br>Property-II. Debtor intends to sell<br>property. | | $ 14,500.00 |
| 12 | Ford Credit<br>P. O. Box 64400<br>Colorado Springs, Colorado<br>80962-4400 | Purchase Money Security<br>First lien on 1998 Contour. Car will be<br>paid through the plan. | | $ 9,374.00 |
| 13 | Homeq Servicing Corporation<br>1100 Corporate Center Drive<br>3rd Floor, Building C<br>Raleigh, North Carolina   27607 | Mortgage<br>Second Mortgage upon Debtor's Residence.<br>There is no arrearage. | | $ 23,749.71 |
| 14 | Homeq/The Money Store<br>Attn: AIM CASH<br>4837 Watt Avenue, Suite 100<br>North Highlands, California | Mortgage<br>First Mortgage upon Debtor's Rental<br>Property-I. Debtor intends to sell<br>property. | | $ 161,443.22 |
| 15 | Lanlord's Insurance Bill<br>519 West 111th Street<br>Chicago, Illinois   60628 | Arrearage on Executory Contract<br>Insurance | | $ 345.94 |
| 16 | Nationwide Acceptance Corp.<br>3435 North Cicero Avenue<br>Chicago, Illinois   60641 | Arrearage on Executory Contract<br>General Unsecured Loan | | $ 596.99 |
| 17 | North Shore Agency<br>P. O. Box 8901<br>Westbury, New York   11590-8091 | Arrearage on Executory Contract<br>Subscription | | $ 136.97 |
| 18 | Peoples Gas Light and Coke<br>130 East Randolph Drive<br>Chicago, Illinois   60601-6206 | Utility Bills | | $ 1,145.84 |
| 19 | Protection One<br>P. O. Box 78646<br>Department N<br>Phoenix, Arizona   85062-8646 | Arrearage on Executory Contract | | $ 330.49 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 20 | Resurgent Capital Services<br>P. O. 10587<br>Greenville, South Carolina<br>29603-0587 | Credit Card Purchases<br>J. C. Penney | | $ 1,218.73 |
| 21 | Richard A. Shapiro<br>1327 Chicago Avenue<br>Evanston, Illinois   60201 | Arrearage on Executory Contract<br>Legal Services | | $ 667.00 |
| 22 | Sears Card<br>Payment Center<br>P. O. Box 182149<br>Columbus, Ohio   43218-2149 | Credit Card Purchases | | $ 553.72 |
| 23 | The University of Chicago Hosp<br>P. O. Box 70565<br>Chicago, Illinois   60673-0565 | Medical Bills | | $ 463.40 |
| 24 | Transworld Systems Inc.<br>Collection Division<br>25 Northwest Pt. Blvd., #750<br>Elk Grove Vlg., Illinois  60007 | Utility Bills<br>Cellular Phone | | $ 153.41 |
| 25 | United Credit Union<br>4444 South Pulaski Road<br>Chicago, Illinois   60632-4011 | Purchase Money Security<br>First lien upon 1998 Chevrolet Prism.<br>Debtor will pay note within the plan. | | $ 7,585.00 |
| 26 | University Accounting Service<br>P. O. Box 932<br>Brookfield, Wisconsin<br>53008-9300 | Medical Bills | | $ 20,727.41 |
| 27 | Wells Fargo Financial Bank<br>P. O. Box 5058<br>Sioux Falls, South Dakota<br>57117-5058 | Credit Card Purchases | | $ 1,990.15 |
| 28 | Wells Fargo Financial Illinois<br>4143 121st Street<br>Des Moines, Iowa   50323 | Mortgage<br>First Mortgage upon Debtor's Rental<br>Property-II. Debtor intends to sell<br>property. | | $ 180,973.24 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

x*Bernetta Coleman-Vance*  5/6/2004
Debtor's Signature                    Date                                Case Number

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_Gregory W. Lance_      5/6/2004      _____
Debtor's Signature      Date      Case Number