IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vance, Gregory W | Case Number: 04 B 18003 |
|---|---|---|
| | Coleman-Vance, Bernetta | Judge: Hollis, Pamela S |
| | Printed: 8/14/07 | Filed: 5/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: August 9, 2007
Confirmed:  September 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,622.00 |  |
| Secured: |  | 8,166.52 |
| Unsecured: |  | 6,766.04 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 989.44 |
| Other Funds: |  | 0.00 |
| Totals: | 18,622.00 | 18,622.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Marlin E Kirby, Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 3,710.77 | 2,628.74 |
| 5. | Countrywide Home Loans Inc. | Secured | 3,408.64 | 3,408.64 |
| 6. | United Credit Union | Secured | 2,129.14 | 2,129.14 |
| 7. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 243.75 | 375.35 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 74.00 | 113.95 |
| 10. | Resurgent Capital Services | Unsecured | 718.07 | 1,105.77 |
| 11. | American General Finance | Unsecured | 820.82 | 1,264.02 |
| 12. | AAA Checkmate LLC | Unsecured | 211.00 | 0.00 |
| 13. | Wells Fargo Financial Bank | Unsecured | 506.71 | 780.31 |
| 14. | Nationwide Acceptance Corp | Unsecured | 194.79 | 299.97 |
| 15. | Peoples Energy Corp | Unsecured | 1,397.99 | 0.00 |
| 16. | Ford Motor Credit Corporation | Unsecured | 1,835.57 | 2,826.67 |
| 17. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 20. | Lanlords Insurance Bill | Unsecured | | No Claim Filed |
| 21. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | Richard Shapiro & Associates | Unsecured | | No Claim Filed |
| 24. | Transworld | Unsecured | | No Claim Filed |
| 25. | University of Chicago | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vance, Gregory W | Case Number: 04 B 18003 |
|---|---|---|
| | Coleman-Vance, Bernetta | Judge: Hollis, Pamela S |
| | Printed: 8/14/07 | Filed: 5/7/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Accelerated Assets | Unsecured | | No Claim Filed |
| 27. | Protection One | Unsecured | | No Claim Filed |
| 28. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 29. | University Accounting Service | Unsecured | | No Claim Filed |
| 30. | Americash Loans, LLC | Unsecured | | No Claim Filed |

                                                                          _____                      _____
                                               $ 17,951.25          $ 17,632.56

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 316.68 |
| 4% | 66.00 |
| 3% | 33.00 |
| 5.5% | 302.50 |
| 5% | 48.99 |
| 4.8% | 162.87 |
| 5.4% | 59.40 |
| | _____ |
| | $ 989.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    _Denise Ashley_____